# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Chapter 7 Case |
| **Oliver Bruce Adams and Beatriz Adams,** | Case No. **05-59725** |
| Debtor. | Honorable A. Benjamin Goldgar/Lake Co. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, March 9, 2018** at **1:00 PM** I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, North Branch Court, (Round Lake Beach), 1792 Nicole Lane, Round Lake Beach, Illinois 60073, or before any other Bankruptcy Judge who may be sitting in his place and shall present the U.S. Trustee's **Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee,** a copy of which is attached and served on you.

/s/ *Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois  60604
(312) 886-5785

## CERTIFICATE OF SERVICE

I, Adam G. Brief, Assistant U.S. Trustee, state that on February 12, 2018, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee,** were filed and served on all parties on the service list below via the manner indicated.

/s/ *Adam G. Brief*

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

David M Siegel    davidsiegelbk@gmail.com
Joseph E Cohen    jcohen@cohenandkrol.com

**Parties Served via First Class Mail:**

| | |
|---|---|
| Oliver Bruce Adams | Beatriz Adams |
| 1711 Golf Rd., Apt. 226 | 1711 Golf Rd., Apt. 226 |
| Waukegan, IL 60087 | Waukegan, IL 60087 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Chapter 7 Case |
|---|---|
| **Oliver Bruce Adams and Beatriz Adams,** | Case No. **05-59725** |
| Debtor. | Honorable A. Benjamin Goldgar/Lake Co. |

### MOTION FOR ORDER REOPENING CHAPTER 7 CASE AND AUTHORIZING THE APPOINTMENT OF A CHAPTER 7 TRUSTEE

Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests this Court enter an order reopening this case and authorizing the U.S. Trustee to appoint a chapter 7 trustee, pursuant to Section 350(b) of the Bankruptcy Code. In support of his motion, the U.S. Trustee respectfully states as follows:

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

3. Oliver Bruce Adams and Beatriz Adams commenced this case by filing a voluntary chapter 7 petition on October 15, 2005.

4. Joseph E. Cohen was appointed and served as the chapter 7 trustee (the "Chapter 7 Trustee"). On February 14, 2006, the Chapter 7 Trustee filed a no-asset report. Subsequently,

the Court entered an order discharging the Chapter 7 Trustee and closing the bankruptcy case.

5.    More recently, the U.S. Trustee received notification that Ms. Adams may be entitled to a settlement award from a products liability claim.

6.    Upon information and belief, the U.S. Trustee believes that any proceeds from this settlement may be property of the estate pursuant to 11 U.S.C. § 541(a).

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to enter an order reopening this case and authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate, and for such further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: February 12, 2018

*/s/ Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-5785