IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **OLIVER BRUCE & BEATRIZ ADAMS,** | ) | No. 05-59725 |
| | ) | |
| Debtor(s). | ) | |

## N O T I C E

TO:   Office of the United States Trustee – Service through CM/ECF
Oliver Bruce & Beatriz Adams, 1711 Golf Rd., Apt. 226, Waukegan, IL 60087 -
Service through United States Mail

PLEASE TAKE NOTICE that on the 28th day of June, 2019 at the hour of 11:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR**, Bankruptcy Judge, in Courtroom B, Park City Branch Court, 301 S. Greenleaf Ave., Park City, IL 60089 and then and there present the attached Motion To Employ Special Counsel.   At which time and place you may appear, if you so see fit.

BY:/s/ Joseph E. Cohen
JOSEPH E. COHEN
COHEN & KROL
105 West Madison St., Suite 1100
Chicago, IL 60602
312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF C O O K | ) |

JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto to the persons shown below, by either service through CM/ECF or by United States Mail this 21st day of June, 2019.

BY:/s/ Joseph E. Cohen

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **OLIVER BRUCE & BEATRIZ ADAMS,** | ) | No. 05-59725 |
| | ) | |
| Debtor(s). | ) | |

## MOTION TO EMPLOY SPECIAL COUNSEL RETROACTIVE TO JANUARY 6, 2012

TO THE HONORABLE **A. BENJAMIN GOLDGAR**
     BANKRUPTCY JUDGE

Now comes **JOSEPH E. COHEN**, Trustee herein, and respectfully represents unto this Honorable Court as follows:

1.     That he is the duly appointed, qualified and acting Chapter 7 Trustee in the above-entitled proceeding.

2.     That at the date of filing the Debtors had a potential products liability action which had not yet been filed.

3.     That the Trustee desires to employ Timothy Sifers of The Potts Law Firm, 1901 W. 47th Place, Suite 210, Westwood, KS 66205 as special counsel to pursue the pending products liability action.

4.     That after the filing of the Debtor's Chapter 7, the Debtor retained Mr. Sifers law firm pursuant to the terms of a Contract of Employment.  A copy of said Contract is attached hereto as Exhibit "A".

5.     That the Trustee desires to retain Mr. Sifers on the same contingency fee arrangement:  40% of any gross recovery received by settlement or judgment.

6.     That the Trustee represents that Timothy Sifers of The Potts Law Firm is duly

authorized to practice law  and that no conflict exists between the Trustee, Timothy Sifers of The Potts Law Firm, the creditors herein, the Debtor, or any person whomsoever entrusted in the within proceedings.

7.    That to the best of the Trustee's knowledge Mr. Sifers has no connection with the Debtor, any creditor, any other party in interest including their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the U. S. Trustee.

8.    A copy of the Affidavit of Timothy Sifers of The Potts Law Firm is attached hereto as Exhibit "B".

WHEREFORE, **JOSEPH E. COHEN**, Trustee herein, prays for the entry of an Order authorizing said Trustee to employ Timothy Sifers of The Potts Law Firm as Special Counsel as more fully described above at a compensation to be hereinafter determined by this Court and for such other and further relief as the Court shall deem proper.


JOSEPH E. COHEN                                   **JOSEPH E. COHEN**, Trustee
GINA B. KROL
COHEN & KROL
105 W. Madison St., Suite 1100          BY:    /s/ Joseph E. Cohen
Chicago, IL 60602                                          One of Attorneys for Trustee
312/368-0300