**Exhibit "A"**

# VAGINAL MESH/SLING - CONTRACT OF EMPLOYMENT

I, the undersigned, hereby constitute, appoint and employ, Pulaski & Middleman, L.L.C., The Potts Law Firm and Acosta & Williams, hereinafter the "Firms" as my attorneys at law and in fact, to investigate, prepare and prosecute any claim or suit for personal injuries, suffered by the below mentioned client.

## I. BASIS FOR CONTRACT

Client hereby retains the Firms to represent him/her in connection with his/her claim against all responsible parties including, but not limited to manufacturers and distributors, arising out of the placement of the **Vaginal Mesh/Sling**. Client authorizes the Firms to associate co-counsel as the Firms may deem necessary and to share any fees contemplated in this contract with such co-counsel with the express understanding that associating with co-counsel will NOT increase the fees set forth in Paragraph III below.

After the appropriate investigation, Firms reserve the right to rescind this contract. I hereby fully empower, authorize and direct said attorneys to manage and handle, as they deem necessary, best and proper, said claim, cause of action, suit or suits that may grow out of the same, and to prosecute said causes of action with or without suit in any manner they deem advisable. They are hereby authorized and empowered to deliver in my name any and all notices, receipts, authorizations, releases, pleadings and any other documents and instruments proper in the handling of said claim.

## II. CLIENT'S COOPERATION

The Client agrees to cooperate fully with the Firms, disclose all relevant facts and promptly advise the Firms of any change in address or telephone number. The client authorizes the Firms to use their professional judgment and any relevant documents, records or other information that the Firms deem necessary to the proper representation of the Client. The Client agrees to promptly comply with all reasonable requests of the Firms on all matters included in this contract. The Client understands that failure to fully cooperate may be a basis for termination of this contract. Client further agrees that the Firms may withdraw from representing the Client if the Firms deem withdrawal warranted.

## III. CONTINGENT FEE ARRANGEMENT

The Firms will assume joint responsibility for representation of the client. In consideration of the services rendered and to be rendered to the Client by the Firms, the Client agrees to grant to the Firms for the Firms' compensation in handling the Client's lawsuit in the following present undivided interest and assignment in the claims and the lawsuit: 40% (20% to The Potts Law Firm; 10% to Pulaski & Middleman; 10% to Acosta & Williams). The fee percentage calculation will be made based on the gross recovery before deduction of any expenses. **In the event there is no recovery client owes firm nothing**.

## IV. EXPENSES FOR THE LAWSUIT

**The Firms agree to pay for any and all reasonable expenses associated with the prosecution of client's claim.** In the event of a recovery, the Client understands and agrees that Firms will be paid all reasonable costs, charges or expenses made or incurred by the Firms in the Firms' handling of the Client's claim and causes of action, including but not limited to expenses or charges for obtaining medical records, court costs, filing fees, depositions, and expert witnesses. Client understands that Attorneys may represent numerous other similarly injured clients, and Client agrees that the term "expenses" includes general expenses incurred for the benefit of all such similarly injured clients, including but not limited to retaining and compensating experts, copying voluminous documents, postage, research, computerized document management, conference calls, jury consultants, travel, and costs relating to the depositions of defendants' representatives, witnesses, and agents. Such general expenses will be allocated equally among all benefited claimants.

## V. RESOLUTION OF CASE BY SETTLEMENT

The Client agrees not to attempt on his/her part to unilaterally settle the claims made the subject of this contract. The Client will rely exclusively upon the representation of the Firms during any settlement negotiations. **No settlement will be made without the Client's consent.**

EXECUTED this __28__ day of __January__, 20__13__.

ACCEPTED BY:

_____  ← SIGN HERE
CLIENT SIGNATURE

_____
STREET ADDRESS

_____
CITY, STATE, ZIP

_____
TELEPHONE NUMBER

PULASKI & MIDDLEMAN, L.L.C.

_____
FOR THE FIRMS