IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| **OLIVER BRUCE & BEATRIZ ADAMS,** | ) | No. 05-59725 |
| | ) | |
| Debtor(s). | ) | |

## N O T I C E

TO:  -   Office of the United States Trustee – Service through CM/ECF
- David M. Siegel, Attorney for Debtor - Service through CM/ECF
- Oliver Bruce Adams & Beatriz Adams, 1711 Golf Rd., Apt. 226, Waukegan, IL 60087 - Service by U.S. First Class Mail
- See attached list - Service by U.S. First Class Mail

PLEASE TAKE NOTICE that on the 11th day of October, 2019 at the hour of 12:00 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR**, Bankruptcy Judge, in Courtroom B,  Park  City Branch Court, 301 S. Greenleaf Ave., Park City, IL 60085 and then and there present the attached Application To Compromise Claims And For Payment Of Compensation.   At which time and place you may appear, if you so see fit.

BY:/s/ Joseph E. Cohen
JOSEPH E. COHEN
COHEN & KROL
105 West Madison St., Suite 1100
Chicago, IL 60602
312/368-0300

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) ss | |
| COUNTY OF C O O K | ) | |

JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto to the persons shown below, by either service through CM/ECF or by U.S. First Class Mail this 11th day of September, 2019.

BY:/s/ Joseph E. Cohen

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 05-59725<br>Northern District of Illinois<br>Eastern Division<br>Wed Sep 11 10:54:42 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T CCO<br>c/o Risk Management Alternatives In<br>PO Box 105236<br>Atlanta, GA 30348-5236 |
| AT&T Wireless<br>c/o CBCS<br>600 North Bell Ave., Ste. 150<br>Carnegie, PA 15106-4325 | AT&T Wireless<br>c/o LDG Financial Services<br>4553 Winters Chapel Road<br>Atlanta, GA 30360-2707 | AT&T Wireless<br>c/o Oxford Management Services<br>CS 9018<br>Melville, NY 11747 |
| AT&T Wireless<br>c/o Palisades Collection, LLC<br>P.O. Box 1244<br>Englewood Cliffs, NJ 07632-0244 | Alure<br>P O box 37657<br>Boone ia 50037-0657 | Capital One<br>PO Box 6000<br>Seattle, WA 98190-0001 |
| Capital One<br>PO Box 790216<br>Saint Louis, MO 63179-0216 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>c/o Arrow Financial Services<br>5996 Touhy Ave<br>Niles Il 60714-4610 |
| Capital One<br>c/o Encore<br>400 N. Rogers Rd.<br>Olathe, KS 66062-1212 | Capital One Bank<br>PO Box 25131<br>Richmond, VA 23260-5131 | Certified Service<br>128 Madison<br>Waukegan, IL 60085-4312 |
| Com Ed<br>Bill Payment Center<br>Chicago, IL 60668-0001 | Consolidated Pathology Consultants<br>75 Remittance Dr., Ste. 1895<br>Chicago, IL 60675-1895 | Creditor's Alliance Inc<br>PO Box 1288<br>Bloomington, IL 61702-1288 |
| Doubleday Book Club<br>505 Ridge Ave<br>Hanover Pa 17332-0001 | ENH Div of Anes<br>c/o Med Bus<br>1460 Renaissance Drive, Ste. 400<br>Park Ridge, IL 60068-1349 | ENh Med Grp Spec Practice Conv<br>c/o ICS<br>P O box 646<br>Oak lawn IL 60454-0646 |
| Evanston Med Spec Practice Con<br>23139 Network Place<br>Chicago, IL 60673-1231 | Evanston Northwestern<br>c/o Prinnacle Management Services<br>514 Market Loop Suite 103<br>West Dundee, IL 60118-2181 | Evanston Northwstern Health Care<br>23056 Network Place<br>Chicago IL 60673-1230 |
| First Midwest Bank<br>300 N Hunt Club Rd<br>Gurnee, IL 60031-2502 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Jewel Foods<br>c/o Heller & Frisone Ltd<br>33 n LaSalle St STe 1200<br>Chicago IL 60602-3415 |
| KCA Finance<br>628 North St Ste 200<br>Geneva IL 60134-1356 | Kenneth J Printen, M.D.<br>PO Box 388320<br>Chicago, IL 60638-8320 | Lake County Pain Management<br>1880 W Winchester Road Ste 101<br>Libertyville Il 60048-5321 |

Lake Shore Pathologists
520 East 22nd Street
Lombard, IL 60148-6110

Med Bus
1460 Renaissance Drive, Ste. 400
Park Ridge, IL 60068-1349

Midwest Waukegan
214 Washington St.
Waukegan, IL 60085-5618

Neurological and Neurosurgical Assoc
200 S Greenleaf Ste A
Gurnee Il 60031-3398

North Shore Advanced Surgery
21012 Network PL
Chicago, IL 60673-1210

North Shore Cardiologists
2151 Waukegan Ste 100
Bannockburn IL 60015-1885

Northern Lake Medical Center
45 Tower Court Suite C
Gurnee, IL 60031-3376

Orthopedic Center
c/o Creditors Alliance Inc
PO Box 1288
Bloomington, IL 61702-1288

PS Chhabria MD
Lake County Neurological Assoc
1616 Grand Ave Ste 103
Waukegan IL 60085-3676

Prevention
P O box 7319
Red Oak Ia 51591

Provena Saint Therese Med Ctr
c/o Revenue Cycle Solutions
P O box 7229
Westchester Il 60154-7229

Provena St Therese Med Center
c/o Malcolm Recovery Specialists
2200 E Devon Ste 288
Des Plaines IL 60018-4501

Providian
P O box 9007
Pleasanton Ca 94566

Providian
PO Box 660487
Dallas, TX 75266

Providian
PO Box 99604
Arlington, TX 76096-9604

Providian
c/o Van Credit Corp
8550 ulmerton RD Ste 225
Largo Fl 33771-5351

Providian Processing Services
PO Box 660487
Dallas, TX 75266-0487

Quest Diagnostics
PO Box 64804
Baltimore, MD 21264-4804

Quest Diagnostics
c/o AMCA
PO Box 1235
Elmsford, NY 10523-0935

Robert S Saffrin MD
202 S. Greenleaf Suite D
Gurnee, IL 60031-3399

Southern Il University
office of the Bursar Woody Hall
Mail Code 4704
Carbondale IL 62901

St Therese Radiology Assoc
c/o AR REsources Inc
P O Box 10336
Jacksonville fl 32247-0336

T-Mobile (Voice Stream)
c/o V & K
360 Merrimack St., Mezzanine Level
Lawrence, MA 01843-1740

Thomas G. Bleck DDS & Roger
1320 Golf Road
Waukegan, IL 60087-4831

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Urology Spec of Lake County
c/o Transworld Systems
25 Northwest Point Blvd 750
Elk Grove Village IL 60007-1058

Vista Health
P O Box 993
Bedford Park IL 60499-0993

Vista Imaging Assoc
c/o AR REsources Inc
P O box 10336
Jacksonville Fl 32247-0336

Vista Imaging Assoc.
PO Box 6980
Libertyville, IL 60048-6980

Vista Imaging Assoc.
c/o NCO Financial Systems,Dept. A
3091 Governors Lake Dr., Ste. 350
Norcross, GA 30071-1134

| | | |
|---|---|---|
| Vista Neurosurgical Assoc<br>200 S Greenleaf st<br>Ste A<br>Gurnee IL 60031-3398 | Vista Victory Mem Hospital<br>c/o Healthcare Financial Resources<br>830 n Meacham<br>Schaumburg IL 60173-5476 | Williams Woods, MD<br>4343 Grand Ave.<br>Gurnee, IL 60031-2767 |
| Beatriz Adams<br>1711 Golf Rd., Apt. 226<br>Waukegan, IL 60087-3853 | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090-6005 | Dean C Harvalis<br>Office of the United States Trustee<br>219 South Dearborn Street<br>Room 873<br>Chicago, IL 60604-2027 |
| Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Oliver Bruce Adams<br>1711 Golf Rd., Apt. 226<br>Waukegan, IL 60087-3853 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>PO Box 85015<br>Richmond, VA 23285-5075 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Toyota Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197-5855 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Carmen Woods MD<br>Unknown<br>Unknown | (d)Providian<br>PO Box 9007<br>Pleasanton, CA 94566 | (u)Toyota Mtr.<br>UNKNOWN<br>Atlanta, GA 30309 |

End of Label Matrix
Mailable recipients    68
Bypassed recipients     3
Total                  71

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| **OLIVER BRUCE & BEATRIZ ADAMS,** | ) | No. 05-59725 |
| | ) | |
| Debtor(s). | ) | |

**APPLICATION TO COMPROMISE CLAIMS AND FOR PAYMENT OF COMPENSATION**

TO THE HONORABLE **A. BENJAMIN GOLDGAR**
BANKRUPTCY JUDGE

Now comes **JOSEPH E. COHEN**, Trustee herein, and respectfully represents unto this Honorable Court as follows:

1. That he is the duly appointed, qualified and acting Chapter 7 Trustee in the above-entitled proceeding.

2. This cause of action was first disclosed by the Attorney for the Debtor in a pending products liability action. The Trustee had initially closed the case by filing a No Asset Report on February 14, 2006.

3. This case was then reopened to administer a pending products liability action.

4. The Trustee filed a motion to employ Timothy Sifers of The Potts Law Firm as special counsel to pursue the pending products liability action which was granted by Court Order on June 28, 2019.

5. The Trustee retained Mr. Sifers on the same contingency fee arrangement he had with the Debtor: forty percent (40%) of any gross recovery received by settlement or judgment plus reimbursement of expenses.

6. The Trustee has received an offer in the gross amount of $45,000.00 from the Plaintiff to settle the pending litigation.

7. That the parties have prepared a Projected Settlement Distribution Statement which identifies all of the various fees and expenses being paid out of the gross settlement award and states as follows:

| | | |
|---|---:|---:|
| **GROSS AMOUNT CURRENTLY FUNDED** | | **$45,000.00** |
| <u>**Less Case Expenses**</u>: | | $3,094.47 |
| • 3.00% MDL Court Ordered Assessment to be paid by Client | $1,350.00 | |
| • Case Expenses | $1,744.47 | |
| <u>**Less Attorneys' Fees (40.00% before expenses)**</u>: | | $18,000.00 |
| • 2.00% MDL Court Ordered Assessment (taken out of Attorneys' | $900.00 | |
| • Balance of attorney fees owed | $17,100.00 | |
| <u>**Less Client Responsible Liens**</u>: | | $11,250.00 |
| • Lien - HCSC | $11,250.00 | |
| **BALANCE PAYABLE TO ESTATE:** | | **$12,655.53** |
| **LESS PRIOR CLIENT PAYMENTS:** | | **($0.00)** |
| **NET PAYABLE TO CLIENT:** | | <u>**$12,655.53**</u> |

A copy of the Settlement Statement is attached hereto as **Exhibit "A"** which contains a further breakdown of the above numbers.

8. That the United States District Court in the underlying products liability action mandated a MDL fee of 5% of Gross Settlement Award, 2% from Attorney's fees and 3% from the Trustee's recovery, which will be taken directly by the Settlement Court, prior to disbursement and will never be released to the Trustee nor to the Trustees Special Counsel as identified above.

9. That Timothy Sifers of The Potts Law Firm as Special Counsel is entitled to compensation in the gross amount of $18,000.00 pursuant to the Order of Employment.

10. That Special Counsel and their related parties are also seeking

reimbursement of expenses in the amount of $1,744.47.

11. The lien of HCSC in the amount of $11,250.00 identified on Exhibit "A" will be paid directly from the settlement proceeds and not paid over to the Bankruptcy Estate.

12. That Notice of this Application is being sent in full to all creditors and parties in interest.

13. That the Trustee is requesting that the settlement proceeds, after deduction of the 5% MDL Assessment fees and the lien of HCSC, be made payable directly to the Bankruptcy Trustee.

**WHEREFORE,** Joseph E. Cohen, Trustee herein, prays for the entry of an Order authorizing the Trustee to compromise the claims in the Pending Products Liability Action for the gross sum of $45,000.00 pursuant to the financial terms identified above; that compensation be allowed to Timothy Sifers of The Potts Law Firm in the gross amount of $18,000.00; that expenses be paid in the total amount of $1,744.47; that the lien of HCSC in the amount of $11,250.00 be paid out of the gross award and for such other and further relief as the Court shall deem proper.

JOSEPH E. COHEN  
GINA B. KROL  
COHEN & KROL  
105 W. Madison St., Suite 1100  
Chicago, IL 60602  
312/368-0300

**JOSEPH E. COHEN**, Trustee

BY:  /s/ Joseph E. Cohen  
      One of Attorneys for Trustee