Trustee's Exhibit "A"

# MESH LITIGATION CENTER





**POTTS LAW FIRM, LLP**

| Client Name: Adams, Beatriz<br>Address: 6239 99th Ave.<br>City, State, Zip: Kenosha, WI 53142 | SS#: XXX-XX-2476<br>Client ID #: 9512 |
|---|---|

| | | |
|---|---|---|
| SETTLEMENT ALLOCATION AWARD: | | $45,000.00 |
| ADVANCED LITIGATION SUPPLEMENT: | | - |
| **GROSS SETTLEMENT AWARD:** | | $45,000.00 |
| COURT-ORDERED FEDERAL MDL PSC ASSESSMENT<br>(5% of Gross Award - see attached for detailed breakdown) | ($2,250.00) | |
| **NET SETTLEMENT AWARD (AFTER MDL ASSESSMENT):** | | $42,750.00 |
| | | |
| NET ATTORNEYS' FEES (AFTER MDL ASSESSMENT)<br>(See attached for detailed breakdown) | ($17,100.00) | |
| | | |
| EXPENSES:<br>(See attached for detailed breakdown) | ($1,744.47) | |
| | | |
| MEDICAL LIENS:<br>(See attached for detailed breakdown) | ($11,250.00) | |
| | | |
| THIRD PARTY LIENS/CASH ADVANCE LOAN<br>(If applicable | (-) | |
| | | |
| **TOTAL ATTORNEY'S FEES, EXPENSES, MEDICAL and THIRD PARTY LIENS:** | ($30,094.47) | |
| **NET DUE TO CLIENT:** | | $12,655.53 |

**Adams, Beatriz**

Mesh Litigation Center –

**Closing Statement—Detailed Breakdown**

| Client Name: | Adams, Beatriz | SS#:  XXX-XX-2476 |
|---|---|---|
| Address: | 6239 99th Ave. | Client ID #:  9512 |
| City, State, Zip, | Kenosha, WI  53142 | |

**GROSS SETTLEMENT AWARD**                                                                                  $45,000.00

**MULTI DISTRICT LITIGATION ASSESSMENT**

5% of Gross Settlement -Court Ordered Federal MDL PSC Assessment[1]:            ($2,250.00)
    Amount of MDL PSC Assessment deducted from Attorneys' Fees:         ($900.00)
    Amount of MDL PSC Assessment deducted from Client Gross Award:  ($1,350.00)

**NET SETTLEMENT AWARD (AFTER MDL ASSESSMENT):**            **$42,750.00**

**ATTORNEYS' FEES SUMMARY**

**Contingency Fee Contract Rate:** 40%        **Reduction of Attorneys' Fees:**        (-)

**Detailed Breakdown by Law Firm of Attorneys' Fees:**                **Allocated Fee:**

| | | |
|---|---|---|
| The Potts Law Firm, LLP | 50.00% | **$8,550.00** |
| Pulaski & Middleman, PLLC | 25.00% | **$4,275.00** |
| Acosta & Williams | 25.00% | **$4,275.00** |

**NET ATTORNEYS' FEES**
**(AFTER MDL ASSESSMENT)**                    100.00%                    **$17,100.00**

---

[1] Pursuant to PTO 62, the Federal MDL Judge overseeing MDL 2327 and this entire mesh litigation has established a fund to provide fair and equitable sharing among plaintiffs of the cost of special services performed and expenses named by "participating counsel" acting for administration and common benefit of all plaintiffs in this complex litigation.  MDL 2327 requires that each Claimant pay 5% of the Claimants total settlement award into this fund.

**Adams, Beatriz**

**Litigation Center –**

**MEDICAL LIEN SUMMARY**

| **Lien Holder:** | | **Lien Amount** |
|---|---|---|
| HCSC | | ($11,250.00) |
| | Total Liens: | ($11,250.00) |

**CASE ADVANCE LIENS**

| | Total Case Advance Liens: | - |
|---|---|---|

**REIMBURSABLE EXPENSES**

| Claimants Share of General case expenses: | ($173.81) |
|---|---|
| Case-specific expenses: | ($1,570.66) |
| Total Expenses: | ($1,744.47) |

See attached for detailed case-specific expenses.

**TOTAL ATTORNEY'S FEES, EXPENSES, MEDICAL and THIRD PARTY LIENS:** ($30,094.47)

**FINAL NET SETTLEMENT AFTER FEES, EXPENSES, & ALL LIENS:** **$12,655.53**

---

[2]The general expenses are allocated pro rata as a percentage of the total allocation awards which does not include the advanced litigation supplement.

[3]The general expense is a holdback and is subject to final review. If the final amount is lower, then the difference will be subsequently remitted to the claimaints.

**Adams, Beatriz**

**Mesh Litigation Center –**

| RID | CaseName | Date | Description | Vendor Name | Memo | Amount |
|---|---|---|---|---|---|---|
| 9512 | Adams, Beatriz | 12/03/2013 | General Case Expenses | Harrison | Lodging Harris Junell Mediation | $ 6.48 |
| 9512 | Adams, Beatriz | | Medical Record Review | Superior Medical Review | Medical review and analysis of all injuries | $ 300.00 |
| 9512 | Adams, Beatriz | 04/17/2014 | Postage & Delivery | Bailey Peavy Bailey PLLC | Postage PPF 3 CDs submitted via Certified Mail (Ethicon) | $ 0.28 |
| 9512 | Adams, Beatriz | 07/21/2014 | Postage & Delivery | Bailey Peavy Bailey PLLC | Postage J&J Preservation Letter | $ 0.96 |
| 9512 | Adams, Beatriz | 03/09/2016 | Postage & Delivery | Bailey Peavy Bailey PLLC | Postage Consent to Associate to Mostyn | $ 1.96 |
| 9512 | Adams, Beatriz | 02/18/2014 | Postage & Delivery | Bailey Peavy Bailey PLLC | Postage PFS with Verifications | $ 2.76 |
| 9512 | Adams, Beatriz | | Postage & Delivery | Stratos Legal | Closing Statement | $ 2.98 |
| 9512 | Adams, Beatriz | 06/24/2016 | Postage & Delivery | Copy Source 1, LLC | Inv# 93654 | $ 3.98 |
| 9512 | Adams, Beatriz | 12/31/2016 | Postage & Delivery | Copy Source 1, LLC | Inv# 97652 | $ 8.90 |
| 9512 | Adams, Beatriz | 12/03/2013 | Professional Services | InTrial Consulting | Inv # 0100C Graphics Consulting and Video Creation for Mediation | $ 35.36 |
| 9512 | Adams, Beatriz | | Professional Services | Shapiro Settlement Solutions, LLC | Lien Resolution Fee | $ 185.00 |
| 9512 | Adams, Beatriz | | Professional Services | The Settlement Alliance | Settlement Trustee Administration Fee | $ 1,022.00 |
| | | | | | **Total** | **$ 1,570.66** |