**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 05-59725 |
| | ) | |
| **OLIVER BRUCE & BEATRIZ ADAMS,** | ) ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: GOLDGAR |

**NOTICE OF MOTION**

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Joseph Cohen, Chapter 7 Trustee: jcohen@cohenandkrol.com

*To the following persons or entities who have been served via U.S. Mail:*
Trustee Joseph E. Cohen, Cohen & Krol, 105 West Madison Suite 1100, Chicago, IL 60602
Oliver Bruce & Beatriz Adams, 6239 99th Ave. Kenosha, WI 53142

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his or her stead at Park City Branch Court, 301 S. Greenleaf Ave., Park City, IL 60085, and in the following courtroom (or any other place posted), and present the attached **Motion to Set Status Hearing,** at which time and place you may appear.

|  |  |
|---|---|
| JUDGE: | GOLDGAR |
| ROOM: | Courtroom B |
| DATE: | June 26, 2020 |
| TIME: | 11:00 AM |

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**PROOF OF SERVICE**

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before June 17, 2020, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: <u>June 17, 2020</u>   <u>/s/ Robert C. Bansfield Jr.</u>
Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 05-59725 |
| | ) | |
| **OLIVER BRUCE & BEATRIZ ADAMS,** | ) ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: GOLDGAR |

## MOTION TO SET STATUS HEARING

NOW COMES the Debtors, **Oliver Bruce & Beatriz Adams**, by and through their attorneys, David M. Siegel & Assoc., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) Debtors filed a petition for relief under Chapter 7 of Title 11 USC on October 15, 2015. Trustee Joseph Cohen is the Trustee appointed to the case

3) The §341 Meeting of Creditors was held and concluded on January 26, 2006. Trustee Cohen filed a report of No Assets on February 14, 2006. See *Docket #9*.

4) A discharge order was entered on April 3, 2006. See *Docket #10*.

5) The case was subsequently reopened on March 9, 2018, because Debtors were part of a class action lawsuit involving a procedure performed on Mrs. Adams prior to the filing of this case and there was a possible asset for the Trustee to administer. See *Docket #13*.

6) Trustee Cohen was reappointed Trustee in the case and filed a Report of Assets. See *Docket #16* and *#17*.

7) A settlement was eventually agreed to on behalf of the Debtors in the class action lawsuit and Trustee filed a motion to approve the settlement. The settlement was approved on October 10, 2019. See *Docket #24* and *#26*.

8) Pursuant to the proposed settlement, Debtors' bankruptcy attorneys filed amended schedules to exempt the settlement. See *Docket #25*.

9) Debtors' were alerted around April 29, 2020, by the firm representing them in the class action lawsuit that a settlement check had been sent to Trustee Cohen.

10) Upon learning this, Debtors' bankruptcy attorneys reached out to Trustee Cohen various time from May 5, 2020, to June 15, 2020, via email and phone to determine what is the status of the settlement payment and the disbursement of the settlement payment pursuant to Debtors' claimed exemptions.

11) As of the time of the filing of this motion, Debtors' attorneys have not heard back from Trustee Cohen.

12) Debtors are eager to have this bankruptcy case closed and their settlement payment paid out to them.

13) Debtors respectfully this Court to set a status hearing for July 17, 2020, for Trustee Cohen to inform the Court and the Debtors on the status of the settlement.

WHEREFORE, the Debtors, **Oliver Bruce & Beatriz Adams**, pray that this Honorable Court enter an Order Setting a Status Hearing for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100