UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   05-59725 |
| OLIVER BRUCE & BEATRIZ ADAMS | ) ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO SET STATUS HEARING**

THIS MATTER coming to be heard on the motion of the debtors to set a status hearing, the court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given, IT IS HEREBY ORDERED:

The motion is GRANTED. A status hearing is set for Friday, July 17, 2020 at 11:15 AM.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  June 26, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100